HERMAN R. BALTZER v. THE STATE OF NORTH CAROLINA.

*Action Against the State—Jurisdiction.*

The decision of this Court in the case of *Baltzer and Taaks* v. *The State of North Carolina*, 104 N. C., 265, in respect to the jurisdiction of the Supreme Court over actions of this character, is reaffirmed.

This is an ORIGINAL ACTION, instituted in the Supreme Court, under Art. 4, § 9 of the Constitution, to recover the amount due upon the coupons of a certain alleged bond of the State of North Carolina, purporting to have been issued in aid of the Chatham Railroad Company, under an ordinance of the Convention of North Carolina, ratified 11th March, 1868.

*Mr. E. C. Smith,* for plaintiff.
*Mr. Theo. F. Davidson,* Attorney-General, for defendant.

MERRIMON, C. J.: We cannot hesitate to decide that this Court has no jurisdiction of the cause of action alleged in the complaint. It plainly comes within what was said in *Horne*

v. *The State*, 84 N. C., 362, and *Baltzer* v. *The State*, 104 N. C., 265, cases very thoroughly argued, and decided by the Court, after much earnest consideration. We are called upon to overrule those cases and proceed to consider the case upon its merits, and determine the important questions presented by the pleadings. Nothing appears from the brief of the learned counsel for the plaintiff, nor can we conceive of any adequate reason that ought to prompt us to do so. For the reasons sufficiently stated in the cases cited *supra,* the motion of the Attorney-General to dismiss the action must be allowed.

Action dismissed.